IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SHAROD R. BOWERS,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Felon in Possession of a Firearm)

1. On or about February 28, 2023, in the Southern District of Ohio, the defendant, **SHAROD R. BOWERS**, knowing that he had been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, one or more firearms, specifically, an Israel Weapons Industries, model Desert Eagle, 9mm pistol bearing serial number 38313112; and a Heritage, model Rough Rider, .22 caliber revolver bearing serial number V61763, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.	Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, **SHAROD R. BOWERS**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including but not limited to: an Israel Weapons Industries, model Desert Eagle, 9mm pistol bearing serial number 38313112; and a Heritage, model Rough Rider, .22 caliber revolver bearing serial number V61763 , and any associated ammunition, all seized on or about February 28, 2023.

**Forfeiture in accordance with 18 U.S.C. §924(d)(1), 28 U.S.C. §2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

_Foreperson_
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

_[signature]_
**NICOLE PAKIZ (0096242)**
**KEVIN W. KELLEY (0042406)**
**Assistant U.S. Attorney**